IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASCENDIUM EDUCATION SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CARDONA, Secretary of Education, et al.,[1] <br><br> Defendants. | Case No. 1:19-cv-03831-CJN |

## JOINT STATUS REPORT

Pursuant to the Court's Order of September 17, 2021, the parties, having conferred, report that the Final Rule at issue in this case became effective as scheduled on July 1, 2020. ECF 18 at 108, 84 Fed. Reg. 49788, 49791.

In response to the COVID-19 pandemic, the Department has paused interest accrual and collections on defaulted Federal Family Education Loan ("FFEL") Program loans held by Guaranty Agencies. The relevant Dear Colleague Letter, DCL-GEN-21-03 (updated May 24, 2021), is attached as Exhibit A. The pause involves, among other things, suspending certain otherwise regulatorily mandated Guaranty Agency activities which Plaintiff contends are "collection activities," and for which the Final Rule at issue in this case prevents the assessment of collection fees. Subsequent to issuing the Dear Colleague Letter, the Department announced "a final extension of the pause" on interest accrual and collection activities, to on January 31, 2022.[2]

---

[1] Miguel Cardona has been substituted for Betsy DeVos as defendant in his official capacity pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.
[2] *See* Biden Administration Extends Student Loan Pause Until January 31, 2022, available at https://www.ed.gov/news/press-releases/biden-administration-extends-student-loan-pause-until-january-31-2022 (last visited September 22, 2021)

The parties agree that the collections pause described in the Dear Colleague Letter does not affect the justiciability of this case.

| | |
|---|---|
| Dated: September 22, 2021 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Assistant Attorney General |
| | MARCIA BERMAN<br>Assistant Branch Director |
| | */s/ Cormac A. Early*<br>CORMAC A. EARLY<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 616-7420<br>cormac.a.early@usdoj.gov |
| | *Counsel for Defendants* |
| | **/s/** Kevin St. John |
| | KEVIN ST. JOHN<br>Bell Giftos St. John LLC<br>5325 Wall Street, Ste. 2200<br>Madison, WI 53718-7980<br>Ph. 608-216-7990<br>Fax 608-216-7999<br>Email: kstjohn@bellgiftos.com |
| | *Counsel for Plaintiff* |