UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASCENDIUM EDUCATION SOLUTIONS, INC.,

    *Plaintiff*,

  v.

MIGUEL CARDONA, Secretary of Education, et al.,

    *Defendants*.

Civil Action No. 1:19-cv-03831 (CJN)

## **ORDER**

This matter is before the Court on Defendant's Motion to Dismiss, ECF No. 10, and Plaintiff's Motion for Summary Judgment, ECF No. 13.

For the reasons stated in the Memorandum Opinion, ECF No. 20, it is

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED** with respect to repayment agreements and **DENIED** with respect to rehabilitation agreements; it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** with respect to rehabilitation agreements and **DENIED** with respect to repayment agreements; it is further

**ORDERED** that the Challenged Rule is **VACATED** and **SET ASIDE** with respect to rehabilitation agreements; it is further

**ORDERED** that Defendants are hereby **ENJOINED** from implementing, applying, or taking any action whatsoever against Ascendium to enforce the Challenged Rule with respect to rehabilitation agreements.

It is **ORDERED** that the Parties shall file, by March 7, 2022, a joint status report including a proposed briefing schedule for any litigation over fees and costs.

This is a final appealable order.

DATE: February 24, 2022

_____
CARL J. NICHOLS
United States District Judge