IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASCENDIUM EDUCATION SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CARDONA, Secretary of Education, et al., <br><br> Defendants. | Case No. 1:19-cv-03831-CJN |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 24, 2022, ECF 21, the parties, having conferred, offer their joint proposal regarding any potential future litigation over fees and costs in this matter.

Under the Equal Access to Justice Act ("EAJA"), a prevailing party must apply for fees and expenses within 30 days of "final judgment." 28 U.S.C. § 2412(d)(1)(B). The EAJA defines "final judgment" to mean, in relevant part, "a judgment that is final and not appealable". *Id.* § 2412(d)(2)(G). Defendants, in conjunction with the Department of Justice, are currently in the process of determining whether to appeal the Court's February 24 decision, and have 60 days from entry of the Court's Order to file a notice of appeal. *See* Fed. R. App. P. 4(a)(1)(B). Should Defendants decide not to appeal, the Court's Order will become a "final judgment" for purposes of the EAJA after that time has expired. *See Melkonyan v. Sullivan*, 501 U.S. 89, 96 (1991) (explaining that the 30-day period for seeking fees under the EAJA starts "after the time for taking an appeal from the district court judgment ha[s] expired").

Accordingly, the parties request that, should Defendants fail to file a notice of appeal on or before April 25, 2022, 60 days from entry of the Court's Order, they be permitted to file a further

joint status report on or before May 2, 2022, proposing a briefing schedule for any litigation over fees and costs.

Dated: March 7, 2022            Respectfully submitted,

                                               BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*

*/s/ Kevin St. John*

KEVIN ST. JOHN
Bell Giftos St. John LLC
5325 Wall Street, Ste. 2200
Madison, WI 53718-7980
Ph. 608-216-7990
Fax 608-216-7999
Email: kstjohn@bellgiftos.com

*Counsel for Plaintiff*