IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASCENDIUM EDUCATION SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CARDONA, Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 1:19-cv-03831-CJN |

## NOTICE OF APPEAL

Notice is hereby given that the Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the memorandum opinion (ECF No. 20) and order (ECF No. 21) entered by the court on February 24, 2022.

Dated: April 22, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*