# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASCENDIUM EDUCATION SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of the Department of Education, <br><br> and <br><br> THE DEPARTMENT OF EDUCATION, <br><br> Defendants. | Civil Action No. 19-CV-3831-CJN |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the District of Columbia Court of Appeals the memorandum opinion (ECF No. 20) and final order (ECF No. 21) entered by the court on February 24, 2022 in favor of Plaintiff in part and Defendant in part and against Defendant in Part and Plaintiff in part.

This appeal is a cross-appeal, and relates to *Ascendium Education Solutions, Inc. v. Cardona, et al.*, No. 22-5104 (D.C. Cir.).

Respectfully submitted this 5th day of May, 2022.

**BELL GIFTOS ST. JOHN LLC**

/s/ Kevin St. John
Kevin St. John, D.C. Bar No. 473620
5325 Wall Street, Suite 2200
Madison, WI 53718-7980
Ph. 608-216-7990
Fax 608-216-7999
Email: kstjohn@bellgiftos.com

Counsel for Plaintiff