IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASCENDIUM EDUCATION SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of the Department of Education, <br><br> and <br><br> THE DEPARTMENT OF EDUCATION, <br><br> Defendants. | Civil Action No. 19-CV-3831-CJN |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of October 30, 2023, the parties have conferred and submit the following status report,

1. On February 24, 2022, this Court issued an Opinion and Order granting Plaintiff's summary judgment motion in part, vacating and setting aside the challenged rule with respect to rehabilitation agreements, and enjoining Defendants from taking actions against Ascendium to enforce the challenged rule with respect to rehabilitation agreements. ECF Nos. 20, 21. The Opinion and Order also granted Defendants' motion to dismiss with respect to repayment agreements because of lack of standing. *Id*.

2. The opinion and order were appealed and cross-appealed. ECF Nos. 23, 27.

3. On August 29, 2023, the United States Court of Appeals For The District Of Columbia Circuit issued an Opinion. *Ascendium Education Solutions, Inc. v. Cardona, et al.*, USCA Case No. 22-5104, ECF Nos. 2014533 ("*Slip Op.*"). The Court of Appeals held that "Ascendium has standing to challenge the entirety of the Rule" but "that the Department did not exceed its statutory authority in promulgating the Rule" and "that the Rule is not arbitrary or capricious." *Slip Op.* at 22-23. The Court of Appeals "thus uph[e]ld the Rule in its entirety." *Id* at 23.

4. The same day, the Court of Appeals issued a Judgment, affirming this Court's judgment in part and reversing in part, in accordance with the opinion. *Ascendium Education Solutions, Inc.*, Case No, 22-5104, ECF. No. 2014535.

5. The Court of Appeals' mandate issued on October 23, 2023. ECF No. 29.

6. Ascendium has until November 27, 2023 to file a petition for certiorari. S. Ct. R. 13. Ascendium does not intend to file a petition.

7. In light of the Court of Appeals' Order and Judgment:

   a. The parties agree that the Court's Order vacating the Rule and enjoining its enforcement against Plaintiff, should be vacated. ECF No. 21.

   b. The parties agree that the Court's Order granting Plaintiff's Motion For Summary Judgment in part and granting Defendants' Motion To Dismiss in part, ECF No. 21, should be modified consistent with the Court of Appeals' Order and Judgment;

    c. The parties agree that the Court should enter a new order and judgment in favor of Defendants.

    d. The Parties agree that Plaintiff is not a prevailing party, has no claim to attorneys fees under the Equal Access To Justice Act, and no further proceedings will be necessary after entry of judgment.

8. The parties agree that each party should bear its own costs.

Dated: November 9, 2023        Respectfully Submitted,

/s/ Kevin St. John

KEVIN ST. JOHN
Bell Giftos St. John LLC
5325 Wall Street, Suite 2200
Madison, WI 53718-7980
Ph. 608-216-7990
Fax 608-216-7999
Email: kstjohn@bellgiftos.com

*Counsel for Plaintiff*

/s/ Cormac A. Early

CORMAC A. EARLY
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington D.C. 20005
Ph. (202) 616 7420
Email: Cormac.a.early@usdoj.gov

*Counsel for Defendants*