UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASCENDIUM EDUCATION SOLUTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MIGUEL CARDONA, Secretary of Education, et al., <br><br> *Defendants*. | Civil Action No. 1:19-cv-03831 (CJN) |

## JUDGMENT

It is hereby **ORDERED** that judgment is entered in this matter in favor of Defendants against Plaintiff.

DATE: November 13, 2023

_____
CARL J. NICHOLS